IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY ROGER ORTON

    Defendant.

CR NO: 2:18-cr-00242-CKD

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Jeffrey Roger Orton
Detained at: Rio Cosumnes Correctional Center

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☒ Information ☐ Complaint
  charging detainee with: 18 U.S.C. § 641 – Theft of Government Property
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on December 13, 2018, at 9:30 a.m. in the Eastern District of California.*

Signature: *[signed]*
Printed Name & Phone No: Christopher S. Hales; (916) 554-2791
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on December 13, 2018, at 9:30 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 5, 2018

*[signed]*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒ Male ☐ Female |
| Booking or CDC #: 10096502 | DOB: **/1971 |
| Facility Address: 12500 Bruceville Rd., Elk Grove 95757 | Race: |
| Facility Phone: (916) 874-1927 | FBI#: |
| Currently | |

### RETURN OF SERVICE

Executed on: _____ _____
                                        (signature)